**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| 82KE | Dimas Castro-Romero | | | 060105    168 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 04-CR-525-MK | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA v. Castro-Romero | X Felony □ Petty Offense<br>□ Misdemeanor □ Other<br>□ Appeal | X Adult Defendant □ Appellant<br>□ Juvenile Defendant □ Appellee<br>□ Other | CC |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
Unlawful re-entry of a deported alien, subsequent to an aggravated felony conviction

**12. ATTORNEY'S NAME** *(First Name, M.I., Last Name, including any suffix),* **AND MAILING ADDRESS**

William Kain
Attorney at Law
P.O. Box 1981
Grand Junction, CO 81502

Telephone                    (970) 241-2969

**14. NAME AND MAILING ADDRESS OF LAW FIRM** *(Only provide per instructions)*

**13. COURT ORDER**

x O Appointing Counsel          □ C Co-Counsel
□ F Subs For Federal Defender   □ R Subs For Retained Attorney
□ P Subs For Panel Attorney     □ Y Standby Counsel

Prior Attorney's
  Appointment Dates: _____
x Because the above-named person represented has testified under oath or has satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
□ Other *(See Instructions)*

*Sudreen Rue*
Signature of Presiding Judicial Officer or By Order of the Court

December 22, 2004
Date of Order                                Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time appointment.    □ YES    □ NO

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | ✓1.5 | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | ✓1. | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $ 90.00 ) TOTALS: | 2.5 | 225.00 | 2.5 | | 225.00 |
| 16. | a. Interviews and Conferences | 17.5 | | | | |
| | b. Obtaining and reviewing records | 12.4 | | | | |
| | c. Legal research and brief writing | 25.4 | | | | |
| | d. Travel time | 14.6 | | | | |
| | e. Investigative and other work (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $ 90.00 ) TOTALS: | 69.9 ✓ | 6291.00 | 67.4 | | 6,066.00 |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | 915.86 | | | 645.95 |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | 141.66 |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | 7,206.86 | | | 7,078.61 |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| 12/22/04    TO: 8/30/05 | | 4 |

**22. CLAIM STATUS**  ☑ Final Payment  □ Interim Payment Number ____  □ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this    □ YES  ☑ NO    If yes, were you paid?  □ YES  □ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?  □ YES  ☑ NO    If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

October per Christie by NR

Signature of Attorney _____    Date August 21, 2005

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 225.00 | 6066.00 | 645.95 | 141.66 | 7,078.61 NR |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|
| *Marcia S. Krieger* | 1/6/06 | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

RECEIVED OCT 2 7 2005

# KAIN & WALLACE, P.C.
P.O. Box 1981
225 North 5th Street, Suite 611
Grand Junction, CO  81502

October 20, 2005

Dimas (Billy) Castro-Romero
In Custody

*In Reference To:*Criminal

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 12/22/2004 16b  Review the file.  Review the client's prior record.  Go over the prior record with the client.  Research the sentencing guidelines.  Do the sentencing calculations. | 2.00 90.00/hr | 180.00 |
| 15a.  Court appearance with the client. | 0.50 90.00/hr | 45.00 |
| 12/23/2004 16a.Telephone consultation with Ed Nugent's office. | 0.10 90.00/hr | 9.00 |
| 16a Meeting with US Attorney and call to court for setting. | 0.50 90.00/hr | 45.00 |
| 12/29/2004 16b Review status and request plea agreement.  Draft correspondence to US attorney. | 0.10 90.00/hr | 9.00 |
| 16a Telephone consultation with US attorney and work on plea agreement. | 0.30 90.00/hr | 27.00 |
| 16a  Telephone conference with client's family. | 0.20 90.00/hr | 18.00 |
| 16b  Review discovery. | 1.00 90.00/hr | 90.00 |
| 12/30/2004 Prepare case files, computer files, notebook. | 0.30 90.00/hr | NO CHARGE |
| 16c. Draft Entry of Appearance. | 0.50 90.00/hr | 45.00 |
| File.  Update client's file. | 0.10 50.00/hr | NO CHARGE |
| 1/6/2005 16a  Two phone calls with client's family. | 0.40 90.00/hr | 36.00 |

S.1

Dimas (Billy) Castro-Romero

Page     2

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/6/2005 | 16c  Work on the sentencing calculation.  Work on the Plea Agreement.  Work on the Statement in Advance of Plea.  Make arrangements for translations. | 1.00 90.00/hr | 90.00 |
| 1/7/2005 | Update file. | 0.10 90.00/hr | NO CHARGE |
| | 16b  Prepare for meeting with the client.  Go back through the Plea Agreement and Statement of Facts Relevant to Sentencing.  Check all of the Sentencing Guidelines calculations.  Check over the Defendant's Statement in Advance of Plea.  Meet with the client at jail for lengthy interview to thoroughly explain the sentencing guidelines, the sentencing computations, the calculations of offense level, and the criminal history.  Read aloud to the client, and explain thoroughly the Plea Agreement and Statement of Facts Relevant to Sentencing.  Read aloud to the client, and thoroughly go through the Defendant's Statement in Advance of Plea, including all of his rights.  Discuss all of his options.  Go and visit with the US Attorney. | 2.50 90.00/hr | 225.00 |
| | Organize file.  Update pleadings list. | 0.20 50.00/hr | NO CHARGE |
| | File.  Update client's file. | 0.10 50.00/hr | NO CHARGE |
| | 16c Finish preparation and copy Notice of Disposition and fax to court, and to US Attorney.  Prepare and copy Statement by Defendant.  Fax copy to deliver to judge's chambers.  Copy Plea agreements and Statement by Defendant to prepare for court hearing. | 0.80 90.00/hr | 72.00 |
| | Travel to and from jail to visit with client. | 0.40 90.00/hr | 36.00 |
| 1/10/2005 | Update file. | 0.20 90.00/hr | NO CHARGE |
| 1/12/2005 | 16b Check status of 1/11 FAX by calling US District Court (David).  Re-send FAX. | 0.20 90.00/hr | NO CHARGE |
| 1/13/2005 | 16B  Read letter from client, including his life history.  Check on Notice of Disposition. | 0.20 90.00/hr | 18.00 |
| 2/8/2005 | File documents related to this client. | 0.10 90.00/hr | NO CHARGE |
| 2/9/2005 | 16a  Discussion with Wyatt Angelo re this case and the proposed Plea Agreement. | 0.10 90.00/hr | 9.00 |
| | 16b  Review case status.  Check on date of guilty plea and on plea bargain.  Draft memorandum. | 0.10 90.00/hr | 9.00 |
| | 16a. Telephone consultation with US Attorney.  Work on the plea agreement. | 0.60 90.00/hr | 54.00 |

Dimas (Billy) Castro-Romero                                                                 Page      3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/18/2005 | Update record. | 0.10 90.00/hr | NO CHARGE |
| 2/22/2005 | 16a .  Telephone consultation with US Attorney.  Second call to US Attorney re revisision to the plea agreement and make arrangements to get us new copy. | 0.50 90.00/hr | 45.00 |
| 2/23/2005 | 16a Review revised plea agreement.  Meet with US Attorneys. | 0.70 90.00/hr | 63.00 |
|  | 16b Review new plea agreement delivered by US Attorney and compare it with the old one. | 0.50 90.00/hr | 45.00 |
|  | Receive and get signature and return pleading to US Attorney's office. | 0.20 90.00/hr | NO CHARGE |
|  | 16a  Telephone consultation with Assistant US Attorney.  Meeting re the revisions to the plea bargain.  Several meetings concerning the sentencing hearing. | 1.50 90.00/hr | 135.00 |
| 2/24/2005 | 16a Telephone consultation with US Attorney re continued hearing. | 0.10 90.00/hr | 9.00 |
|  | Update pleadings list. | 0.10 50.00/hr | NO CHARGE |
|  | 16a  Handle docketing and scheduling of next hearing with court and US Attorney.  After that, discuss legal issue with US Attorney. | 0.20 90.00/hr | 18.00 |
| 2/28/2005 | 16c .  Draft memorandum.  Prepare for Friday's hearing. | 0.60 90.00/hr | 54.00 |
|  | 16b   Review court's Order and check scheduling on calendar. | 0.10 90.00/hr | 9.00 |
|  | 16b Update record.  Prepare memorandum to paralegal. | 0.30 90.00/hr | NO CHARGE |
| 3/1/2005 | 16a Telephone consultation with Garfield Court Clerk concerning dates of plea and sentencing in state case.  Prepare correspondence requesting transcripts of the plea and of the sentencing hearings.  Call state attorney.  Fax to court. Update file. | 0.60 90.00/hr | 54.00 |
| 3/15/2005 | 16b   Review transcripts of hearing in Judge Craven's court room re criminal history category. | 0.30 90.00/hr | 27.00 |
| 3/16/2005 | 16b   Review the situation with the sentencing guidelines and the transcript of the hearing in Garfield County and make decisions about how this will impact the sentencing guidelines. | 0.50 90.00/hr | 45.00 |
| 3/17/2005 | 16b Records review and receive.  Prepare copy of transcript for Probation Officer and for District Attorney's office.  Prepare letter to District Attorney. | 0.60 90.00/hr | 54.00 |

Dimas (Billy) Castro-Romero                                                                    Page     4

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/24/2005 16b | Read 8-page Judgment and Order. | 0.30 90.00/hr | 27.00 |
| 3/30/2005 16a | Telephone conference with US Attorney. | 0.10 90.00/hr | 9.00 |
| 3/31/2005 16c | Prepare memorandum. | 0.20 90.00/hr | 18.00 |
| 4/4/2005 16a. | Telephone consultation with client concerning his broken glasses while in custody. Place telephone call and leave a message for US Marshall. Update file. | 0.40 90.00/hr | 36.00 |
| 4/5/2005 16a | Conference with US Attorney. | 0.10 90.00/hr | 9.00 |
| 4/6/2005 16a | Telephone conference with US Attorney. | 0.10 90.00/hr | 9.00 |
| | File. Update client's file. | 0.10 50.00/hr | NO CHARGE |
| 4/7/2005 16a | Telephone conference concerning his being released from work release on condition he obtain a place to live. | 0.20 90.00/hr | 18.00 |
| | 16a. Telephone consultation with client. | 0.10 90.00/hr | 9.00 |
| 4/11/2005 16a. | Telephone consultation with client concerning his glasses. Schedule another telephone conference time later this week as we have no information. Place telephone call and leave a message for US Marshall concerning client's glasses. Update file. | 0.30 90.00/hr | 27.00 |
| | File. Update client's file. | 0.10 50.00/hr | NO CHARGE |
| 4/26/2005 | Receive and route Plea Agreement for signature. | 0.20 90.00/hr | NO CHARGE |
| | Fax plea agreement to court. Fax to US attorney. File in pleadings file. Update file. | 0.30 90.00/hr | NO CHARGE |
| | 16a Interviews and Conferences. Conferences with US Attorney's office regarding the plea agreement. | 0.60 90.00/hr | 54.00 |
| | Receive and route Plea Agreement for signature. | 0.20 90.00/hr | NO CHARGE |
| 4/27/2005 16a. | Telephone consultation with court clerk concerning need of an interpreter for Monday. Double check notes. Update file. | 0.20 90.00/hr | 18.00 |

Dimas (Billy) Castro-Romero                                                                      Page     5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2005 | 16d Travel time.  Travel from Grand Junction to Denver. | 5.00 90.00/hr | 450.00 |
| 5/2/2005 | 16d Travel time.  Travel from Denver to Grand Junction. | 5.00 90.00/hr | 450.00 |
|  | 16b   Preparation for hearing and reviewing of all discovery, plea bargain, pleadings, and statement of the defendant. | 2.00 90.00/hr | 180.00 |
|  | 15a Arraignment and/or Plea.  Court appearance.  Entry of plea. | 1.00 90.00/hr | 90.00 |
| 5/3/2005 | 16a   Telephone conference with client. | 0.20 90.00/hr | 18.00 |
|  | 16b   Update records per attorney dictation. | 0.20 90.00/hr | 18.00 |
| 5/5/2005 | Update records per attorney dictation. | 0.10 90.00/hr | NO CHARGE |
| 5/6/2005 | Organize file after court hearing. Update pleadings file. | 0.40 50.00/hr | NO CHARGE |
| 5/9/2005 | File.  Update client's file. | 0.10 50.00/hr | NO CHARGE |
|  | 16b   Review order concerning pre-sentence investigation report and decide how to respond. | 0.10 90.00/hr | 9.00 |
| 5/10/2005 | Update pleadings list.  File pleadings. | 0.20 50.00/hr | NO CHARGE |
|  | 16b   Trial preparation and review documents. | 0.50 90.00/hr | 45.00 |
| 5/11/2005 | Update pleadings list.  File pleadings. | 0.20 50.00/hr | NO CHARGE |
| 5/13/2005 | 16a   Conference with US Attorney. | 0.30 90.00/hr | 27.00 |
|  | 16c   Draft pleading. | 0.20 90.00/hr | 18.00 |
| 5/17/2005 | Update pleadings list.  File pleadings. | 0.20 50.00/hr | NO CHARGE |

33.1

Dimas (Billy) Castro-Romero

Page     6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2005 | 16a. | Telephone call to probation officer in Denver.  Pull transcripts for 98CR137 Garfield case and scan the disposition sentencing transcripts into the computer.  Call probation in Denver and obtain email address.  Email transcripts to Liz Oppenheimer - probation officer. | 0.70 90.00/hr | 63.00 |
| | 16a | Telephone conference with US Probation Office regarding lowering the sentencing guideline from that originally plead to.  Obtaining information concerning the judgment of conviction in Garfield County which is relevant to the sentencing guidelines.  Make arrangements to fax to US Probation Officer Liz Oppenheimer in Denver. | 0.30 90.00/hr | 27.00 |
| 6/6/2005 | | File.  Update client's file. | 0.20 50.00/hr | NO CHARGE |
| | 16b | Obtaining and reviewing records.  Update records per attorney dictation. | 0.10 90.00/hr | NO CHARGE |
| 6/10/2005 | 16a | Phone conversation with client regarding the addendum to the pre-sentence reports he had received . | 0.30 90.00/hr | 27.00 |
| 6/13/2005 | 16b. | Review Order received from court.  Draft correspondence to client updating him on new court date. | 0.40 90.00/hr | 36.00 |
| | 16a. | Telephone consultation with client concerning change in length of time to be recommended by US Attorney. Telephone consultation with US Attorney re change from 16 to 13.  Update file.  Discuss with client health issues not being treated at facility. | 0.30 90.00/hr | 27.00 |
| 6/14/2005 | | File and update pleadings list. | 0.20 50.00/hr | NO CHARGE |
| | | Update records per attorney dictation. | 0.10 90.00/hr | NO CHARGE |
| 6/20/2005 | | File.  Update client's file. | 0.10 50.00/hr | NO CHARGE |
| 6/21/2005 | 16a | Phone call from client.  Update records. | 0.20 90.00/hr | 18.00 |
| | 16b | Review Government's Response to Defendant's Motion to Seek Medical Attention. | 0.10 90.00/hr | 9.00 |
| | 16a | Review entire file.  Two consultations with client regarding the conviction in Garfield County and how it may impact the sentence in this case, depending upon how interpreted by the court. | 1.20 90.00/hr | 108.00 |
| | 16c | Continue working on the discrepancy between the judgement and what the defendant actually plead to in Garfield County.  Interview Garfield County public defender.  Speak again to US Attorney regarding this issue. | 0.70 90.00/hr | 63.00 |

37.3

Dimas (Billy) Castro-Romero                                                    Page     7

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/23/2005 | File.  Update client's file. | 0.20 50.00/hr | NO CHARGE |
| 6/24/2005 | 16b  Update records per attorney dictation. | 0.20 90.00/hr | NO CHARGE |
| 6/27/2005 | File.  Update client's file. | 0.10 50.00/hr | NO CHARGE |
| 6/28/2005 | 16a. Phone conference with client.  Draft memo. | 0.20 90.00/hr | 18.00 |
| 6/29/2005 | 16b.  Draft correspondence. | 0.10 90.00/hr | 9.00 |
| 6/30/2005 | Prepare letter to client.  Make copy, file.  Route for mailing.  File.  Update client's file. | 0.40 50.00/hr | NO CHARGE |
| 7/1/2005 | File.  Update client's file. | 0.10 50.00/hr | NO CHARGE |
| 7/8/2005 | 16c   Work on 2 motions and legal issues.  Legal research. | 1.40 90.00/hr | 126.00 |
| | 16c. List various issues with co-counsel and briefing of those.  List various issues that need to be briefed for sentencing purposes.  Outline strategy. | 1.00 90.00/hr | 90.00 |
| | 16c.  Begin review of sentence report for motions to be filed. Legal research. | 0.40 90.00/hr | 36.00 |
| | 16c. Continued research on applicable case law.  Review the file. | 1.00 90.00/hr | 90.00 |
| | 16c. Continued legal research. | 0.50 90.00/hr | 45.00 |
| | 16c. Further research on guidelines statutes and Colorado case law. | 0.90 90.00/hr | 81.00 |
| 7/11/2005 | 16c.Continue drafting on objections to presentence report and motion for downward departure.  Phone call from client regarding the response and other questions he had. | 0.90 90.00/hr | 81.00 |
| 7/12/2005 | 16a.  Conversation with interpreter regarding plea agreement revisions. | 0.20 90.00/hr | 18.00 |
| 7/13/2005 | Update records per attorney dictation. | 0.10 90.00/hr | NO CHARGE |
| | 16c  Review draft of Presentence Report objections, Motion for Downward Departure.  Make additional notes for revisions.  Review case law. | 1.30 90.00/hr | 117.00 |

Dimas (Billy) Castro-Romero                                                                                           Page    8

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/14/2005 | 16c   Edit pleading (Defendant's Combined Objections....) | 0.20<br>90.00/hr | 18.00 |
|  | 16c   Continue case law research, make notes, finalize drafts of objections to presentence report, sentencing argument, and motion for downward departure. | 2.80<br>90.00/hr | 252.00 |
| 7/21/2005 | 16c Legal research and brief writing.  Work on the brief.  Research. | 1.80<br>90.00/hr | 162.00 |
|  | 16a Interviews and conferences.  Made decisition re further revisions for response. | 0.20<br>90.00/hr | 18.00 |
|  | 16c   Continue to prepare and revise client's Response to Pre-Sentence Report and Motion for Downward Departure.  Case law research. | 2.80<br>90.00/hr | 252.00 |
| 7/22/2005 | 16a.  Telephone consultation with US Probation Officer and email to US Probation Office the pleading for downward departure.  Mail to client.  Deliver to US Attorney. | 0.40<br>90.00/hr | 36.00 |
|  | 16c  Finalize the various motions.  File them with the court.  Read lengthy letter from client. | 0.50<br>90.00/hr | 45.00 |
|  | 16c. Finalize second draft of combined response pleading.  Review letter from client. | 1.30<br>90.00/hr | 117.00 |
| 7/25/2005 | File and update pleadings list. | 0.30<br>50.00/hr | NO CHARGE |
|  | File and update pleadings list. | 0.20<br>50.00/hr | NO CHARGE |
| 8/1/2005 | 16a   Call to probation department regarding the 5k2 downward departure motion. | 0.20<br>90.00/hr | 18.00 |
| 8/2/2005 | 16a   Call to judge's chamber regarding procedure for filing downward departure motion. | 0.10<br>90.00/hr | NO CHARGE |
| 8/5/2005 | Update records per attorney dictation. | 0.10<br>90.00/hr | NO CHARGE |
| 8/8/2005 | File.  Update client's file. | 0.10<br>50.00/hr | NO CHARGE |
|  | 16c   Prepare 5K2.0 separate motion for downward departure for filing with court. | 0.50<br>90.00/hr | 45.00 |
| 8/9/2005 | 16c   Review and sign pleading and motion. | 0.30<br>90.00/hr | 27.00 |
| 8/10/2005 | Update pleadings list.  File pleadings. | 0.20<br>50.00/hr | NO CHARGE |

Dimas (Billy) Castro-Romero                                              Page      9

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/18/2005 | Update pleadings list.  File pleadings. | 0.20 50.00/hr | NO CHARGE |
|  | 16b Read and research Government's Response to Defendant's Combined Objections to Presentence Report and Motion for Downward Departure. | 0.50 90.00/hr | 45.00 |
| 8/23/2005 | 16b   Review addendum to the presentence report and all attachments. | 0.50 90.00/hr | 45.00 |
|  | 16b.  Receive and review PSI and call Clear Creek jail to confirm client still in custody there.  Fed Ex copy of PSI to client. | 0.40 90.00/hr | 36.00 |
|  | 16a Telephone conference with client's family. | 0.20 90.00/hr | 18.00 |
| 8/24/2005 | Make flight arrangements for sentencing hearing. | 0.30 90.00/hr | NO CHARGE |
|  | Update records per attorney dictation. | 0.10 90.00/hr | NO CHARGE |
|  | 16a.  Telephone conference with client.  Review file and prepare for sentencing hearing. | 1.00 90.00/hr | 90.00 |
| 8/25/2005 | 16d Travel time.  Travel to and from Denver. | 4.20 90.00/hr | 378.00 |
|  | 16c.  Preparation for court, includidng reviewing file and going over comments for the judge. | 0.60 90.00/hr | 54.00 |
|  | 16a  Meetings with US Attorney and probation officer and with client. | 0.50 90.00/hr | 45.00 |
|  | 16c Legal research and review of case law concerning the definition of conviction. | 3.20 90.00/hr | 288.00 |
|  | 15e Sentencing hearings.  Court appearance; sentencing. | 1.00 90.00/hr | 90.00 |
| 8/26/2005 | Update pleadings list.  File pleadings. | 0.20 50.00/hr | NO CHARGE |
| 8/30/2005 | 16a. Telephone conference to client's sister. | 0.10 90.00/hr | 9.00 |
| 8/31/2005 | 16b  Obtaining and reviewing records.  Update records per attorney dictation. | 0.10 90.00/hr | NO CHARGE |
| 9/6/2005 | File.  Update client's file. | 0.10 50.00/hr | NO CHARGE |

Dimas (Billy) Castro-Romero                                          Page    10

| | Hrs/Rate | Amount |
|---|---|---|
| 9/9/2005 File.  Update client's file. | 0.10<br>50.00/hr | NO CHARGE |

| | | |
|---|---|---|
| **For professional services rendered** | 77.90 | $6,291.00 |

Additional Charges :

*~out 67.8~*

3/11/2005 Expenses -  Transcript expense for state transcript, case no. 04 CR 279 in Glenwood Springs, Garfield County.  $42.75                                                   ✓42.75 #1

5/1/2005 Expenses - Mileage to Denver for court.  250 miles at .405 a mile.                    ✓101.25

Expenses -  Meal fee for court in Denver.  $121.91                          *$ 47/diem* 121.91 #4

5/2/2005 Expenses - Meals while traveling to and from court.                      *$ 47/diem* 100.54 #5

Expenses -  Motel expense to travel to Denver for Court.  $108.50            ✓108.50 #3

Expenses - Mileage from Denver back to Grand Junction from court hearing.  250 miles at .405 a mile.                                                                                     ✓101.25

Expenses - Parking fee for court in Denver.                                    ✓ 3.00 #6

5/11/2005 Expenses - Transcript of 98 CR 137 in Garfield County, Glenwood Spgs., CO.     ✓68.40 #2

7/25/2005 Expenses - Qwest bill for collect calls to Mr. Kain  from court split between other client in jail at the same time.                                                        ✓11.88 #10

8/25/2005 Expenses - Taxi fee and airport parking fee for court hearing on August 25, 2005 (Split between other case handled same day.)                                   53.00 #7

Expenses -  Parking at Grand Junction airport while traveling to Denver for court split between other case handled same day.  $6.00                              ✓3.00 #8

Expenses - Airplane ticket to Denver and back for court - split between other case handled same day.                                                           ✓181.95 #9

9/22/2005 Expenses - FedEx postage fee to mail client PSIR just received prior to sentencing at Georgetown jail.                                                      ✓18.63 #11

| | |
|---|---|
| **Total additional charges** | $915.86 |
| **Total amount of this bill** | $7,206.86 |
| Balance due | $7,206.86 |

*Travel*
*500 miles @ .405 = 202.50*
*T = 645.95*

*Other  141.66*

10

```
 1                    SHEILA PHILLIPS CLARK, RPR
         Official Court Reporter, Ninth Judicial District
 2                    109 - 8th Street, Suite 104
                      Glenwood Springs, CO  81601
 3                         970-947-3852

 4       Invoice Date:  March 11, 2005
         Invoice No.:   710
 5
         William H. Kain
 6       Kain & Wallace, P.C.
         P.O. Box 1981
 7       Grand Junction, CO  81502-1981

 8       Re:  04 CR 279, People v. Dimas Castro, Transcript of
         Proceedings held:
 9
         Thursday, October 21, 2004
10
         8 pages @ $2.85 per page. . . . . . . . $22.80
11
         Thursday, December 2, 2004
12
         7 pages @ $2.85 per page. . . . . . .  19.95
13

14       TOTAL DUE WITHIN 30 DAYS. . . . . . . . $42.75    # 1

15       **A FINANCE CHARGE OF 1.5% PER MONTH WILL BE CHARGED ON
         ALL INVOICES OVER 30 DAYS PAST DUE.
16

17       Social Security #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

18

19       Thank you

20

21

22                              TSCB
                                Castro - Romero
23
                                Pd in full
24

25
```

**KAIN & WALLACE, P.C.**
ATTORNEYS AT LAW
P.O. BOX 1981
GRAND JUNCTION, CO 81502
(970) 241-2969

ALPINE BANKS OF COLORADO

82-340/1021

3/22/2005

10182

PAY
TO THE
ORDER OF    Sheila Phillips Clark, RPR

$  **42.75

Forty-Two and 75/100*************************************************************************************** DOLLARS

Sheila Phillips Clark, RPR
Official Court Reporter
109 - 8th Street, Suite 104
Glenwood Springs, CO 81601

*William H Kai*
AUTHORIZED SIGNATURE

MEMO
      Invoice No. 710

⑈⑈0 10 18 2⑈⑈ ⑈: 10 2 10 34 0 7⑈: 7 7 17 0 24 64 9⑈⑈

---

**KAIN & WALLACE, P.C.**                                                 10182

      Sheila Phillips Clark, RPR                          3/22/2005
      Client Billed                    Castro Romero                        42.75

*H I
duplicate*

Alpine - Operating       Invoice No. 710                                   42.75

**KAIN & WALLACE, P.C.**                                                 10182

      Sheila Phillips Clark, RPR                          3/22/2005
      Client Billed                    Castro Romero                        42.75

Alpine - Operating       Invoice No. 710                                   42.75

PRODUCT LT10J    USE WITH 9379 ENVELOPE    **QUALITY BUSINESS FORMS** (970) 245-7838    PRINTED IN U.S.A.    A

a

12

SHEILA SCHIESSER, RPR
Official Court Reporter, Ninth Judicial District
109 - 8th Street, Suite 104
Glenwood Springs, CO  81601
970-947-3852

Invoice Date:  May 11, 2005
Invoice No.:  721

William H. Kain
Kain & Wallce, P.C.
P.O. Box 1981
Grand Junction, Colorado 81502-1981

Re:  98 CR 137, People v. Dimas Castro-Romero,
 Transcript of Proceedings held:

7/2/98:

10 pages @ $2.85 per page. . . . . . . . $28.50

8/20/98:

14 pages @ $2.85 per page. . . . . . . .  39.90


TOTAL DUE WITHIN 30 DAYS. . . . . . . . $68.40   #2

**A FINANCE CHARGE OF 1.5% PER MONTH WILL BE CHARGED ON
ALL INVOICES OVER 30 DAYS PAST DUE.

Social Security #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


Thank you

*pd in full*
*JCB*

**KAIN & WALLACE, P.C.**
ATTORNEYS AT LAW
P.O. BOX 1981
GRAND JUNCTION, CO 81502
(970) 241-2969

ALPINE BANKS OF COLORADO

82-340/1021

**10306**

5/16/2005

PAY
TO THE
ORDER OF    Sheila Schiesser, Reporter

$ **68.40

Sixty-Eight and 40/100************************************************************************************************ DOLLARS

Sheila Schiesser, Reporter
109 8th Street, Suite 104
Glenwood Springs, CO 81601

*William H Kain*

AUTHORIZED SIGNATURE

MEMO

98 CR 137- Transcripts for Castro-Romero

⑈010306⑈ ⑇102103407⑇ 77170246491⑈

KAIN & WALLACE, P.C.

**10306**

Sheila Schiesser, Reporter
Client Billed                        Castro-Romero 2 transcripts              5/16/2005

68.40

Alpine - Operating     98 CR 137- Transcripts for Castro-Romero                                68.40

KAIN & WALLACE, P.C.

**10306**

Sheila Schiesser, Reporter
Client Billed                        Castro-Romero 2 transcripts              5/16/2005

68.40

#2
duplicate

TSCB ◯

Alpine - Operating     98 CR 137- Transcripts for Castro-Romero                                68.40

PRODUCT LT104     USE WITH 9379 ENVELOPE          QUALITY BUSINESS FORMS  (970) 245-7838          PRINTED IN U.S.A.          A

0308

B

*Dumas Castro Romero*
*May 2, 05 - court*

# Sheraton Denver West
## H O T E L

360 UNION BOULEVARD, LAKEWOOD, COLORADO 80228    TEL [303] 987-2000    FAX [303] 969-0263    SHERATON.COM/DENVERWEST

```
G U E S T          ROOM                    T  926
                   RATE                    R
Fain, William      NO. PERS.              A  A - 476997
Po Box 1981        FOLIO                   V
Grand Juncti, CO 81502  PAGE              E  01-MAY-05   20:01
United States      ARRIVE                 L  02-MAY-05
                   DEPART                 C
                   PAYMENT               H  Payment Type:  VM
                                         A
                                         R
                                         G
                                         E
```

| DATE | REFERENCE | DESCRIPTION | DEBIT/CREDIT |
|------|-----------|-------------|--------------|

| | | | |
|---|---|---|---|
| 01-MAY-05 | RT926 | Room Transient Retail | 99.00 |
| 01-MAY-05 | RT926 | State & County Sales Tax | 6.53 |
| 01-MAY-05 | RT926 | City Occupancy Tax | 2.97 |
| 02-MAY-05 | VM | visa/mastercard | 108.50- |
| | | Total-Due | 0.00 |

#3

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.

_____

signature

SHERATON SERVICE PROMISE. IF YOU'RE NOT SATISFIED, JUST TELL US – AND WE'LL TAKE CARE OF IT.

MEMBER OF (S) STARWOOD PREFERRED GUEST

| Federal Court Expenses |

Dimas Castro ~~Romero~~
Romero
May 2, 05

1. 500 miles
2. $3.00 parking

#6

lunch

```
          SALES DRAFT

          LOS JILBERTOS
       51241 HIWAY 6 & 24 STE-1
       GLENWOOD SPRI, CO 81601
         TERMINAL 0008203

  227953182994
  05/02/2005   14:17:43
  M/C XXXXXXXXXXXX7871
  AUTH. TRANS. ID. MCGHJSNNU
  INVOICE    69009 H02
  AUTH. CODE 015609
  SERVER # 0001

  PRE-TIP AMT          $17.44

  TIP             $..............."......

  TOTAL           $..............."......

          CUSTOMER COPY
```

```
       51171 HWY 6 & 24
      GLENWOOD SPRI   CO


   MASTERCARD RECEIPT
   005448 REF# 48627010
   DATE             3:06

   PUMP #       07
   PRODUCT      GOLD
   SELF SERVICE LEVEL
   GALLONS     10.903
   PRICE/GAL : $  2.679
```

Castro Romero

DISPLAY THIS SIDE UP ON DASHBOARD
DATE OF PURCHASE    AMOUNT PAID

05/00/05        3.00

TIME OF PURCHASE

08:08 AM

QUESTIONS OR PROBLEMS ? CALL 303 - 573 - 8121

AMPCO
SYSTEM
PARKING

```
WELLS...
1D08026196-001


DATE      05/01/05
TIME      12:57 PM
AUTH# 001299

  DISCOVER
    ACCOUNT NUMBER
XXXX XXXX XXXX
  WATERMAN/GARY MICH

PUMP  PRODUCT    PPG
07    PREM     $2.499

GALLONS         TOTAL
14.142         $35.34

THANK YOU
HAVE A NICE DAY
```

```
175 STEPHEN'S WAY
SILVERTHORNE, CO 80498
      303-468-2425

DATE 05/01/05
ITEM 003 NC PRE SALE
MC XXXXXXXXXXXX7871
RESP AUTH/TXT 085609

AMOUNT       25.35

GRATUITY $  2.72

TOTAL $

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

WILLIAM H KAIN III
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
```

*Dimas Castro Franco continued*

Fed ct Denver

Black Hat Cattle Company
26295 Hill Top Dr.
Kittredge, CO 80457
303-670-0941

Server: Kathy                    DOB: 05/01/2005
06:29 PM
T1/1                                      2/2C

MC                               3145737
Card #XXXXXXXXXXXX7871           Exp:0907
Magnetic card present: KAIN III WILLIAM H
Approval: 025931

dinner

Amount:            47.50
+ Tip:               8
= Total:

X_____
Approval: 025931

Thank You !!!

Guest Copy

---

CA ONE SERVICES INC.
* Denver International Airport *
** Colorado Trails **
CHECK:        5317
SERVER:       1012 ELIZABETH M
DATE:         APR29'05  7:16PM
CARD TYPE:    Master Card
ACCT #:       XXXXXXXXXXXX7871
EXP DATE:     XX/XX
AUTH CODE:    86
        WILLIAM H KAIN III

TOTAL:              11.51

        TIP   $_____

        TOTAL $_____

_____
        SIGNATURE
  SIGN ONE COPY AND RETURN
    ***  THANK  YOU  ***

dinner

6/6/2005

MBNA America                                                                              **1,257.97

One Thousand Two Hundred Fifty-Seven and 97/100*********************************************************

MBNA America
P.O. Box 15287
Wilmington, DE 19886-5287

Accounts #5329 0315 7108 7871 & 4800 1202 1714

| | | 6/6/2005 | |
|---|---|---|---|
| MBNA America | | | |
| Meals:Attorney meals | Business lunches w/ Kaufman, LaCount, office | Ø TSCB | 93.20 |
| Meals:Employee meals | Office lunch | | 48.79 |
| Client Billed | Lopez-Medina Great Lakes Aviation oneway airfare t | | 386.90 |
| Client Billed | Lopez-Medina case--lunch | 812.13 | 7.75 |
| Client Billed | Lopez-Medina case Den. International Airport | | 23.02 |
| Client Billed | Lopez-Medina - dinner | | 7.56 |
| Client Billed | Lopez-Medina Great Lakes Aviation oneway | | 386.90 |
| Client Billed | Castro-Romero gas to travel to Denver | | 22.10 |
| Client Billed | Castro-Romero gas to travel to Denver | | 20.54 |
| Client Billed | Castro-Romero meals | 282.69 | 100.34 |
| Client Billed | Castro-Romero gas to travel | | 29.21 |
| Client Billed | Castro-Romero--Sheraton Hotel night's stay | | 110.50 |
| dues and fees | Colo. Secretary of State filing fee | Ø TSCB | 20.00 |
| Credit Card Fees | Credit Insurance PLan | | 1.16 |

*Billed already Sanchez*

Alpine - Operating        Accounts #5329 0315 7108 7871 & 4800 1202 1                        1,257.97

| | | 6/6/2005 | |
|---|---|---|---|
| MBNA America | | | |
| Meals:Attorney meals | Business lunches w/ Kaufman, LaCount, office | | 93.20 |
| Meals:Employee meals | Office lunch | | 48.79 |
| Client Billed | Lopez-Medina Great Lakes Aviation oneway airfare t | | 386.90 |
| Client Billed | Lopez-Medina case--lunch | | 7.75 |
| Client Billed | Lopez-Medina case Den. International Airport | | 23.02 |
| Client Billed | Lopez-Medina - dinner | | 7.56 |
| Client Billed | Lopez-Medina Great Lakes Aviation oneway | | 386.90 |
| Client Billed | Castro-Romero gas to travel to Denver | | 22.10 |
| Client Billed | Castro-Romero gas to travel to Denver | | 20.54 |
| Client Billed | Castro-Romero meals | | 100.34 |
| Client Billed | Castro-Romero gas to travel | | 29.21 |
| Client Billed | Castro-Romero--Sheraton Hotel night's stay | | 110.50 |
| dues and fees | Colo. Secretary of State filing fee | | 20.00 |
| Credit Card Fees | Credit Insurance PLan | | 1.16 |

Alpine - Operating        Accounts #5329 0315 7108 7871 & 4800 1202 1                        1,257.97

*Castro-Romero*

TSCB Ⓐ

CORRECTIONAL
BILLING
SERVICES

WILLIAM H KAIN III
Bill Date:   Aug 25, 2005
Account No:   970-241-2969 607B

**For questions, call 1 800 844-6591**

$11.88

www.evercom.net

Page 6

| Long Distance | Date | Time | Place | | Number | | | Type | Minutes | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **The following transaction is billed on behalf of:** | | | | | | | |
| | | | **EVERCOM SYSTEMS INC.** | | | | | | | |
| 1. | Jul 25 | 2:04P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 2. | Jul 25 | 2:21P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 3. | Jul 25 | 2:36P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 4. | Jul 25 | 2:54P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 5. | Jul 25 | 3:10P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 6. | Jul 26 | 1:07P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 10 | 4.11 |
| 7. | Jul 29 | 2:01P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 8 | 3.71 |
| 8. | Jul 29 | 2:11P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 1 | 2.31 |
| 9. | Jul 29 | 2:13P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 3 | 2.71 |
| 10. | Aug 01 | 8:56A | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 11. | Aug 01 | 9:12A | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 12. | Aug 01 | 9:28A | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 13. | Aug 01 | 9:44A | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 14. | Aug 01 | 10:00A | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 15. | Aug 01 | 10:16A | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 16. | Aug 01 | 2:42P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GEORGETOWN | CO | 303 | 569 | 3269 | F | 4 | 2.91 |
| 17. | Aug 01 | 4:11P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GEORGETOWN | CO | 303 | 569 | 3269 | F | 3 | 2.71 |
| 18. | Aug 01 | 4:17P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GEORGETOWN | CO | 303 | 569 | 3269 | F | 6 | 3.31 |
| 19. | Aug 02 | 3:52P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 20. | Aug 02 | 4:08P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 21. | Aug 02 | 4:24P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GOLDEN | CO | 303 | 273 | 8899 | F | 15 | 5.11 |
| 22. | Aug 08 | 2:44P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GEORGETOWN | CO | 303 | 569 | 3269 | F | 15 | 5.11 |
| 23. | Aug 16 | 9:00A | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GEORGETOWN | CO | 303 | 569 | 3269 | F | 12 | 4.51 |
| 24. | Aug 18 | 11:41A | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GEORGETOWN | CO | 303 | 569 | 3269 | F | 3 | 2.71 |
| 25. | Aug 19 | 4:41P | To GRAND JCT | CO | 970 | 241 | 2969 | | | |
| | | Collect | Fr GEORGETOWN | CO | 303 | 569 | 3269 | F | 2 | 2.51 |

#10

*Type of Call Codes:*
    *F - Day Station - Operator or Calling Card Rate*

| **Total Correctional Billing Svcs Long Distance** | 277 | **$108.15** |
|---|---|---|

 **FedEx.**

Invoice Number: **5-597-77091**
Invoice Date: ~~[illegible]~~
Account Number: 1419-8253-2
Page: 3 of 4

## FedEx Express Shipment Summary by Payor Type

|  | Original |
|---|---|
| **Shipper** | |
| Number of Shipments | 2 |
| | |
| Transportation Charges | 30.90 |
| Special Handling Charges | 16.36 |
| **TOTAL**           USD $ | **47.26** |

| | | |
|---|---|---|
| **Number of Shipments** | | **2** |
| **Total Charges** | USD $ | **47.26** |

| | | |
|---|---|---|
| **TOTAL SHIPMENTS** | | **2** |
| **TOTAL CHARGES** | USD $ | **47.26** |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Aug 23, 2005          Payor: Shipper          Reference: COSTIO-R**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Tracking ID | 807358080590 | **Sender** | **Recipient** |
| Service Type | FedEx Priority Overnight | FEDEX SHIPPER | ~~[illegible]~~ |
| Package Type | FedEx Envelope | KAIN, WILLIAM H, LAW OFC OF | ~~[illegible]~~ COUNTY JAIL |
| Zone | 3 | 225 N 5TH ST STE 611 | ~~[illegible]~~ |
| Packages | 1 | GRAND JUNCTION CO 81501-2657 US | ~~[illegible]~~ |
| Weight | N/A | | GEORGETOWN ~~[illegible]~~ 444 US |
| Delivered | Aug 24, 2005 11:47 | Transportation Charge | 15.45 |
| Svc Area | PM | Fuel Surcharge | 1.93 |
| Signed by | L.KING | Delivery Area Surcharge-Commercial | 1.25 |
| FedEx Use | 235151730/0000001/_ | **Total Charge**                                    USD $ | ~~18.63~~ |

 #11

Federal Court
Devon Powell & Castro-Romero
Aug. 25, 2005

*reimburse* Bill

~~Republic System~~
~~Parking Denver~~
~~#400~~

```
              RECEIPT
         WALKER FIELD AIRPORT
-----3590 21:44:53 08-25-2005 02-----

 47  1 298408 07:01 08/25 21:44 08/25

 PARKING                6.00

 CASH                   6.00         #6

        REPUBLIC PARKING SYSTEM
          PHONE 970-245-5154
-----THANK YOU FOR PARKING WITH US----
----------------------------------------
```

TSCB ✓
both costs

# Colorado Bar Association

**MBNA** AMERICA

www.mbnanetaccess.com

**CARDHOLDER SINCE**
1986

| ACCOUNT NUMBER |
|---|
| 5329 0315 7108 7871 |
| 4800 1202 1714 0854 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 09/27/05 | $1,470.43 |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $30.00 | |

*DETACH TOP PORTION AND RETURN WITH PAYMENT*

Make check payable to:

MBNA AMERICA
P.O. BOX 15287
WILMINGTON, DE 19886-5287

For account information call 1-800-626-2556

Print change of address or new telephone number below

Address

City          State     Zip
(   )              (   )
Home phone        Work phone

WILLIAM H KAIN III
PO BOX 1981
GRAND JCT    CO   81502-198181

07 , 0014704300003000005329031571087871

| Account Number | Credit Line | Cash or Credit Available | Days in Billing Cycle | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|
| 5329 0315 7108 7871 4800 1202 1714 0854 | $50,000.00 | $48,529.57 | 33 | 09/07/05 | $30.00 | 09/27/05 |

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | | | Charges | Credits (CR) |
|---|---|---|---|---|---|---|---|---|---|

**SEPTEMBER 2005 STATEMENT**

**PURCHASES AND ADJUSTMENTS**

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions | | | Charges |
|---|---|---|---|---|---|---|---|---|
| 08/19 | 08/17 | 1382 | MC | C | ROCKSLIDE BREW PUB | GRAND JUNCTIO | CO | 30.55 |
| 08/22 | 08/19 | 0403 | MC | C | CRYSTAL CAFE | GRAND JCT | CO | 25.55 |
| 08/24 | 08/20 | 0040 | MC | C | LA BAMBA | GRAND JUNCTIO | CO | 17.53 |
| 08/26 | 08/24 | 0216 | MC | C | BURGER KING #2429 Q07 | MONTROSE | CO | 4.65 |
| 08/27 | 08/25 | 1825 | MC | C | DENVER PAVILIO00001057 | DENVER | CO *dinner* | 21.51 |
| 08/29 | 08/28 | 3334 | MC | C | WAL-MART #5099 | SE2 GRAND JUNCTIO | CO | 61.12 |
| 08/31 | 08/30 | 1259 | MC | C | DYMO CORPORATION | STAMFORD | CT MAIL/PHONE | 122.18 |
| 09/01 | 08/30 | 4673 | MC | C | PIER 1 | 00002816 GRAND JUNCTIO | CO | 258.90 |
| 09/06 | 09/03 | 0106 | MC | C | CRYSTAL CAFE | GRAND JCT | CO | 24.55 |
| 09/07 | 09/07 | 7561 | | C | CREDIT INSURANCE PLAN COVERAGE | | | 2.45 |

*Devon Powell*

*$ paid by Kain law office*

**TOTAL FOR BILLING CYCLE FROM 08/06/2005 THROUGH 09/07/2005   $1,455.42   $1,389.27**

*Kain & Wallace $1443.43*

**IMPORTANT NEWS**

*Law Offices of W.H. Kain $27.00*

## SUMMARY OF TRANSACTIONS

| Previous Balance | (-) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|
| $1,389.27 | $1,389.27 | $0.00 | $1,455.42 | $15.01 | $0.00 | $1,470.43 |

### TOTAL MINIMUM PAYMENT DUE

| | |
|---|---|
| Past Due Amount .................. | $0.00 |
| Current Payment .................. | $30.00 |
| Total Minimum Payment Due .................. | $30.00 |

## FINANCE CHARGE SCHEDULE

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. BALANCE TRANSFERS, CHECKS | 0.002712% DLY* | 0.99% | $0.00 |
| B. ATM, BANK | 0.067095% DLY* | 24.49% | $0.00 |
| C. PURCHASES | 0.047917% DLY* | 17.49% | $949.35 |

**FOR THIS BILLING PERIOD:**
**ANNUAL PERCENTAGE RATE ..................   17.49%**

*(Includes Periodic Rate and Transaction Fee Finance Charges.)*

* Periodic Rate May Vary

### FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY
- For Customer Satisfaction and up to the minute automated information including, balance, available credit, payments received, payments due, due date, payment address information, or to request duplicate statements, call **1-800-626-2556**.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15287, WILMINGTON, DE 19886-5287.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: **MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.**

5263  02B Y 5TF 1112 0907 00

10577

**KAIN & WALLACE, P.C.**

MBNA America                                                      9/21/2005

| | | |
|---|---|---|
| Client Billed | Lopez Medina hearing expenses:hotel, parking, renta | 191.64 |
| dues and fees | See Vicki Blaylock about these $30,$30,$10 | 70.00 |
| Library | Aging with Dignity | 99.80 |
| Meals:Employee meals | Office and attorney meals | 152.00 |
| Office Equipment - BV:Office Equipment | Dynamo LabelWriter | 122.18 |
| Office Supplies | Office Depot | 36.32 |
| Computer Supplies | ScanSoft | 9.95 |
| dues and fees | Utah State Bar Liscense | 405.00 |
| Client Billed | Devon Powell - attorney dinner | 21.51 |
| Miscellaneous | Pier I vase and filler | 258.90 |
| Office Supplies | Wal Mart | 61.12 |
| Credit Card Fees | periodic rate charges | 15.01 |

Alpine - Operating       Accounts #5329 0315 7108 7871 & 4800 1202 1       1,443.43

10577

**KAIN & WALLACE, P.C.**

MBNA America                                                      9/21/2005

| | | |
|---|---|---|
| Client Billed | Lopez Medina hearing expenses:hotel, parking, renta | 191.64 |
| dues and fees | See Vicki Blaylock about these $30,$30,$10 | 70.00 |
| Library | Aging with Dignity | 99.80 |
| Meals:Employee meals | Office and attorney meals | 152.00 |
| Office Equipment - BV:Office Equipment | Dynamo LabelWriter | 122.18 |
| Office Supplies | Office Depot | 36.32 |
| Computer Supplies | ScanSoft | 9.95 |
| dues and fees | Utah State Bar Liscense | 405.00 |
| Client Billed | Devon Powell - attorney dinner | 21.51 |
| Miscellaneous | Pier I vase and filler | 258.90 |
| Office Supplies | Wal Mart | 61.12 |
| Credit Card Fees | periodic rate charges | 15.01 |

Alpine - Operating       Accounts #5329 0315 7108 7871 & 4800 1202 1       1,443.43

**citi**

**Platinum Select®**

Account Number
5308 9511 7014 9555

Customer Service:
1-800-772-2221

PO Box 44167
Jacksonville, FL
32231-4167

| Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|
| $25000 | $18993 | $16400 | $16400 | $6006.04 |
| Statement/ Closing Date | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| 09/01/2005 | $0.00 + | $0.00 + | $125.00 = | $125.00 |

*Handwritten:* Aug 25 hrg
112 Castro Romero
112 Powell

| See Date | Post Date | Reference Number | | Activity Since Last Statement | | Amount |
|---|---|---|---|---|---|---|

**Payments, Credits & Adjustments**

| 8/05 | 8/05 | 36908465 | PAYMENT THANK YOU | | | -371.19 |
| 8/05 | 8/05 | 36908464 | PAYMENT THANK YOU | | | -418.00 |

**Standard Purch**

| 8/05 | 8/05 | PWCFWLLS | UNITED 0161232233938 | ATLANTA GA | 205.90v |
| 8/06 | 8/06 | VL09CFOO | EXPEDIA*SERVICE FEES | 800-367-3476 NV | 5.00v |
| 8/09 | 8/09 | NQ*68620 | 8613 USBC DENVER | DENVER CO | 209.00 |
| 8/10 | 8/10 | J7T78620 | 8613 USBC DENVER | DENVER CO | 209.00 |
| 8/18 | 8/18 | N9R86SLQ | COWLES LEGAL SYSTEMS | EAU CLAIRE WI | 2,495.00 |
| 8/24 | 8/24 | NSXZ1MR3 | CONTINUING LEGAL EDUC | DENVER CO | 297.38 |
| 8/24 | 8/24 | D4YZ1MLS | UNITED 0161232487504 | ATLANTA GA | 359.00v |
| 8/25 | 8/25 | V*57R0OO | EXPEDIA*SERVICE FEES | 800-367-3476 NV | 5.00v |
| 8/25 | 8/25 | SCMCPMP3 | THE COLORADO SECRETARY | DENVER CO | 50.00 |
| 8/26 | 8/26 | P407YZBL | NEW WORLD CREATIONS | TEL5617980331 FL | 188.95 |
| 8/30 | 9/01 | MYRGDOR3 | CONTINUING LEGAL EDUC | DENVER CO | 153.32 |

PURCHASES*FINANCE CHARGE*PERIODIC RATE | | 38.94 |

*Handwritten annotations:* Lopez-Medina / Subscription / Powell / Castro Romero / Jared Clark / #9 / 363.90% ½ = 18.195

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $2,578.84 | $4,177.45 | $789.19 | $38.94 | $6,006.04 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $2,578.84 | $4,177.45 | $789.19 | $38.94 | $6,006.04 |

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $3,899.36 | 0.03329%(D) | 12.150% | 12.150% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.05477%(D) | 19.990% | 19.990% |

Days This Billing Period: 30

SEND PAYMENTS TO: CITI CARDS P.O. BOX 6401 THE LAKES, NV 88901-6401

94275

---

KAIN & WALLACE, P.C.

1056

| | | |
|---|---|---|
| Citi Cards | | 9/13/2005 |
| Client Billed | Airline travel to Lopez-Medina hearing | 210.90 |
| Subscription | One year subscription to Forum Membership - Trust | 2,495.00 |
| Education:Education - Attorneys | CO Bar Assoc. CD seminar on bankcrupcty act | 297.38 |
| Client Billed | Airline travel to Denver for Powell hearing | 181.95 |
| Client Billed | Airline travel to Denver for Castro Romero hearing | 181.95 |
| Client Billed | Jared Clark Centennial States Mail Centers LLC | 50.00 |
| Office Equipment - BV:Office Equipment | Microphones for Dragon Speaks | 188.95 |
| Credit Card Fees | Periodic Rate | 38.94 |
| Library | CO Appellate Handbook | 153.32 |

| | | |
|---|---|---|
| Alpine - Operating | Account #5308 9511 7014 9555 | 3,798.39 |

Itinerary 113891557873.

# Denver, CO

 **Expedia.com·**

---

**Flight:** Grand Junction to Denver

back to top

Expedia.com itinerary number: **113891557873**
Expedia.com booking ID: NCU78D (1)
Airline ticket number(s): Check back in 24 hours
United Airlines confirmation code: Z6ZD2G

**Main contact:** WILLIAM H. KAIN
E-mail: bill@kainlaw.com
Home phone: (970) 241-2969

## Traveler and cost summary

| WILLIAM KAIN | Adult | Add Frequent Flyer number(s) | $316.28 |
| | | Taxes & Fees | $42.62 |
| | | Booking Fee | $5.00 |
| | | Total (MasterCard) | $363.90 |

Exchange this ticket   Request seat changes   Print a receipt   View cancellation information

*TSCB* (✓)

*Pd by mastercard 8/24*

*✓Devon Powell 181.95*

*✓Castro Romero 181*

#9

## Flight summary

To verify flight information, you can check your flight status and departure gate online, or contact the airline directly. Seat assignments, meal preferences, and special requests must be confirmed with the airline; we cannot guarantee that they will be honored.

➤ **Thu Aug-25-2005**

**Grand Junction** (GJT) to **Denver** (DEN)
Depart 8:05 am   Arrive 9:25 am

211 mi
(340 km)
Duration: 1hr 20mn

**UNITED** Flight: **7068**
Operated by: /UNITED
EXPRESS/MESA AIRLINES

Economy/Coach Class ( 02C ), DE HAVILLAND DHC-8-200 DASH 8/8Q

Total distance: 211 mi (340 km)

Total duration: 1hr 20mn

➤ **Thu Aug-25-2005**

**Denver** (DEN)   to   **Grand Junction** (GJT)
Depart 8:25 pm   Arrive 9:45 pm

211 mi
(340 km)
Duration: 1hr 20mn

**UNITED** Flight: **7089**
Operated by: /UNITED
EXPRESS/MESA AIRLINES

Economy/Coach Class ( 02B ), DE HAVILLAND DHC-8-200 DASH 8/8Q

Total distance: 211 mi (340 km)

Total duration: 1hr 20mn

## Airline rules & regulations

- Ticket changes may incur penalties and/or increased fares.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ticket** will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online. ⓘ More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Other penalties may apply.
- See an overview of all the rules and restrictions applicable for this fare.
- View the complete penalty rules for changes and cancellations associated with this fare.

---

Federal Court
Devon Powell & Castro-Romero
Aug. 25, 2005

reimburse Bill

```
            RECEIPT
         WALKER FIELD AIRPORT
-----3590 21:44:53 08-25-2005 02-----

 47  1 298408 07:01 08/25 21:44 08/25

 PARKING                    6.00

 CASH                       6.00

       REPUBLIC PARKING SYSTEM
         PHONE 970-245-5154
----THANK YOU FOR PARKING WITH US----
```

TSCB ✓
both costs

| | | |
|---|---|---|
| Nancy Rutledge/COD/10/USCOURTS | To | William Kain |
| | cc | |
| 11/21/2005 05:44 PM | bcc | |
| | Subject | 04-Cr-525-MK, Dimas Castro-Romero |

Hi,

I audited the voucher request listed above.  You had meals listed at $222.25 for 2 days.  CJA allows "reasonable expenses" which is interpreted to be $47 per day in Denver.  Consequently, I reduced you request $127.25.  Please let me know ASAP if I made a mistake or if you would like to protest the reduction.

Also, please fax to my attention the receipts for taxi and airport parking for 8-25-05.  My fax number is 303 335-2375.

Have a Happy Thanksgiving.

Nancy Rutledge
CJA Supervising Attorney/Pro Bono Coordinator
303-335-2139
Alfred A. Arraj Courthouse
Room A-240
Denver, CO  80294

*The Law Offices of*

# William H. Kain

225 N. 5th Street, Suite 611
PO Box 1981
Grand Junction, CO 81502-1981
Phone: (970) 241-2969
Fax #: (970) 241-3129
www.Kainlaw.com

November 22, 2005

To:     Nancy Rutledge

From:   Christy Moore, bookkeeper

Re:     Email reference 04 CR 525-MK - Dimas Castro-Romero


Thanks for your email.   I realize the meals were high - but we had the receipts showing costs so I was hopeful we would be reimbursed.  I understand the limit.

Attached is the receipt for parking as you requested.

The taxi fee was paid by cash and Mr. Kain lost his receipt I think.  At least that is what my notes said.  He did fly in and had to get to court somehow.  Do you want an affidavit from him?

We split the taxi fare between the two clients he handled that day - so the total was $106 for round trip taxi fare.

Let me know.  Thanks.

Christy Moore
Bookkeeper

# CJA PANEL ATTORNEY FINAL WORKSHEET

3-21-05

TO: JUDGE _Krieger_                                   DATE _11-20-05  a 12-19-05_

CASE NO. _04-cr-525-MK_                              USA v. _Dimas Castro-Ranero_

FINAL VOUCHER OF _William Kain_____ , Appointed Counsel


_____ Felony & Habeas (max $5,200 plus expenses all work completed prior to 12-8-04)

___✓___ Felony & Habeas (max $7,000 plus expenses any work done 12-8-04 and after)

_____ Misdemeanor/petty (max $1,500 plus expenses all work completed prior to 12-8-04)

_____ Misdemeanor/petty (max $2,000 plus expenses any work done 12-8-04 and after)

_____ Prob./Supervised Release, Witness (max $1,200 plus expenses all work completed prior to 12-8-04)

_____ Prob./Supervised Release, Witness (max $1,500 plus expenses any work done 12-8-04 and after)


In-Court: __2.5__ hrs. @ $90/hr.                    225.00

Out-Court: __67.4__ hrs. @ $90/hr.                  6,066.00

Travel Expenses                                      645.95

Other Expenses                                       141.66

TOTAL                                         $ 7,078.61

To Chief Judge of the Circuit for approval?       YES      (NO)

REMARKS: _Meal expenses were reduced $128.25. $47 per day is allowed. He had $222.25 for 3 days. See motion (attached) for late payment._

_____

_____

Audited by: _____Nancy Rutledge_____
                Nancy Rutledge   (303) 335-2139